[No. 37435-4-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMONE
DEPAR ECHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00251-6, Ann Schindler, J., entered
September 25, 1995. *Affirmed* by unpublished opinion per
Armstrong, J. Pro Tem., concurred in by Baker, C.J., and
Coleman, J.


[No. 37499-1-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.W.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-042483, Marsha J. Pechman, J., entered
October 9, 1995. *Affirmed* by unpublished per curiam
opinion.


[No. 37518-1-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.E.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-05212-8, Marsha J. Pechman, J., entered
September 15, 1995. *Affirmed* by unpublished per curiam
opinion.


[No. 37597-1-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. C.J.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-04131-2, Robert H. Alsdorf, J., entered
October 22, 1995. *Affirmed* by unpublished per curiam
opinion.